**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KHALDOUN CHAWICH                                                                    PLAINTIFF

V.                                   NO: 3:14CV00145 PSH

DALE COOK *et al*                                                                   DEFENDANTS

## ORDER

For good cause shown, defendants' motion to compel (Doc. No. 54) is GRANTED, and plaintiff is directed to respond to defendants' discovery requests no later than 14 days after this order's entry date.

IT IS SO ORDERED this 29th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE