# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KHALDOUN CHAWICH                                           PLAINTIFF

V.                        NO: 3:14CV00145 PSH

DALE COOK *et al*                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE